ACCEPTED
01-15-00445-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 11:40:14 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00445-CR

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 11:40:14 AM
CHRISTOPHER A. PRINE
Clerk

BRANDON TODERICK JOHNSON,
 Appellant

vs.

THE STATE OF TEXAS, Appellee

§
§
§
§
§
§
§
§
§

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

ON APPEAL FROM CAUSE NO. 1458347

IN THE 230TH   DISTRICT COURT OF HARRIS COUNTY, TEXAS

Thomas J. Lewis
State Bar No. 12308540
1601 Washington Ave.
Houston, Texas 77007
Phone: (713) 256-6779
Fax:    (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW BRANDON TODERICK JOHNSON, APPELLANT, and moves the Court to extend the time for filing a brief herein, and in support thereof would show as follows:

I.

Appellant was found guilty of the offense of AGGRAVATED ROBBERY MEMBER and sentenced on April 30, 2015 to a term of 40 years in the Texas Department of Criminal Justice.

II.

The brief herein is due on August 6, 2015. Appellant's counsel is a sole practitioner and is currently preparing briefs on four other cases. Appellant's counsel is also preparing for a jury trial in the month of August, 2015.

III.

Appellant counsel requests an extension of 60 days, making the brief due on October 4, 2015, so the Appellant may receive effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Court to grant this Motion and extend the time for the filing of a brief herein.

Respectfully submitted,

Thomas J. Lewis
State Bar No. 12308540
1602 Washington Ave.
Houston, Texas 77007
Phone: (713) 256-6779
Fax: (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I the undersigned attorney certify that a true copy of the foregoing was served on the District Attorney of Harris County, Texas, by e-mail delivery to Curry_Alan@dao.hctx.net on this the 7th day of August, 2015.

_____

Thomas J. Lewis